# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES R. AUGUSTINE, | ) | No. CV 10-9639-MMM(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| FAKHOURI, | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed, without prejudice, as wholly unexhausted.

DATED: January 13, 2011

_____
MARGARET M. MORROW
United States District Judge